| Form 668 (Y)(c) (Rev. February 2004) | 2074 Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | |
|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 Lien Unit Phone: (800) 913-6050 | Serial Number 495771924 | For Optional Use by Recording Office MC-24-00048 FILED Clerk District Court JUL - 2 2024 for the Northern Mariana Islands By ___JP___ (Deputy Clerk) | |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer** COMMONWEALTH OF THE NORTHERN MARIANAS ISLANDS COMMONWEALTH CASINO COMMISSION a Corporation

**Residence** PO BOX 5234 SAIPAN, MP 96950

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 12/31/2022 | XX-XXX3006 | 11/06/2023 | 12/06/2033 | 5863195.43 |

**Place of Filing**
US DISTRICT COURT OF CNMI
PO BOX 500687
Saipan, MP 96950

Total $ 5863195.43

This notice was prepared and signed at _____INTERNATIONAL, PR_____, on this,

the __17th__ day of __June__, __2024__.

Signature: *Edwin Dean Curry* for MARTIN L HUMPERT

Title: REVENUE OFFICER (808) 303-6002

27-10-3763

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004) CAT. NO 60025X